Slip Op. 13-57

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| MUELLER COMERCIAL DE MEXICO, S. DE R.L. DE C.V., <br><br>       Plaintiffs, <br><br>    v. <br><br> UNITED STATES, <br><br>       Defendant. | Before: Leo M. Gordon, Judge <br><br> Court No. 11-00319 |

**JUDGMENT**

Upon consideration of the parties' joint status report dated May 1, 2013, and this case having been submitted for decision, and the court, after due deliberation, having rendered a decision; now in conformity with that decision, it is hereby

**ORDERED** that count two of the complaint is voluntarily dismissed by Plaintiffs with prejudice; it is further

**ORDERED** that the challenged decision of the United States Department of Commerce in Certain Circular Welded Non-Alloy Steel Pipe From Mexico, 76 Fed. Reg. 36,086 (Dep't of Commerce June 21, 2011), is sustained for the reasons set forth in Mueller Comercial de Mexico v. United States, 36 CIT ___, 887 F. Supp. 2d 1360 (2012); and it is further

**ORDERED** that the subject entries enjoined in this action, see Mueller Comercial de Mexico v. United States, Court No. 11-00139 (USCIT Sept. 1, 2011) (order granting amended preliminary injunction), ECF No. 16, must be liquidated in accordance with the final court decision, including all appeals, as provided for in Section 516A(e) of the Tariff Act of 1930, as amended, 19 U.S.C.§ 1515a(e) (2006).

               /s/ Leo M. Gordon  
             Judge Leo M. Gordon

Dated:   May 2, 2013
     New York, New York